ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Email: ross.weingarten@usdoj.gov

Attorneys for United States of America

FILED
OCT - 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18 483 SI |
| Plaintiff, | MOTION TO SEAL AND [~~PROPOSED~~] ORDER |
| v. | |
| DEREKE HOLDEN and JOSE SOTOMAYOR, | [UNDER SEAL] |
| Defendants, | |

    The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, and this Sealing Order until further order of the Court. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of the Drug Enforcement Agency, other law enforcement, and employees of the United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal

MOT. TO SEAL AND [PROP.] ORDER

1  agents and other law enforcement officers in order to effectuate the arrest of the defendant.

3  DATED: October 4, 2018                              Respectfully Submitted,

                                                       ALEX G. TSE
                                                       United States Attorney

                                                       _____
                                                       ROSS WEINGARTEN
                                                       Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents of the Federal Bureau of Investigation, other law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: 10/4/2018                                      _____
                                                      HON. JOSEPH C. SPERO
                                                      United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER